WILSON, Respondent, v. WEISSEL, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by William J. Wilson against Charles Weissel. No opinion. Judgment of the Municipal Court affirmed, with costs.
(110 App. Div. 888)

WILSON & McNEAL CO., Appellant, v. STANDARD OIL CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by the Wilson & McNeal Company against the Standard Oil Company of New York. I. N. Miller, for appellant. C. P. Howland, for respondent. No opinion. Judgment affirmed, with costs, on opinion in Welsbach Co. v. Norwich Gas Co., 96 App. Div. 52, 89 N. Y. Supp. 284, affirmed 180 N. Y. 533, 72 N. E. 1152, with leave to plaintiff to amend on payment of costs in this court and in the court below.

WIMMER, Respondent, v. METROPOLITAN ST. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 22, 1905.) B. H. Ames, for appellant. L. Skidmore, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WOOD, Respondent, v. BLANCHITE CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, First Department. December 22, 1905.) Action by Marvin F. Wood against the Blanchite Contracting Company. W. M. K. Olcott, for appellant, E. C. Graves, for respondent. No opinion. Order modified by striking out the words "the 29th day of May," where they occur in the order, and inserting in place thereof the words "the 21st day of November," and, as so modified, affirmed, without costs.

WOOD, Appellant, v. SNIDER, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 3, 1906.) Action by Allen L. Wood against Hyman Snider. No opinion. Motion for leave to appeal to the Court of Appeals granted; the order and questions to be certified to be settled by and before Mr. Justice Spring on two days' notice.

In re WOOTEN. (Supreme Court, Appellate Division, First Department. December 8, 1905.) In the matter of John W. Wooten. No opinion. Application granted.

WULFF, Respondent, v. FIFTH AVE. COACH CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1906.) Action by Adolph Wulff against the Fifth Avenue Coach Company. No opinion. Order affirmed, with costs.

WULFF, Respondent, v. FIFTH AVE. COACH CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1906.) Action by Robert Wulff, an infant, etc., against the Fifth Avenue Coach Company. No opinion. Order affirmed, with costs.

WOOLF, Respondent, v. CHEMICAL & ELECTRICAL CO., Appellant. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Albert Woolf against the Chemical & Electrical Company. G. E. Morgan, for appellant. L. J. Morrison, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

HOUGHTON, J., dissents.

ZAMBETTI et al., Respondents, v. MODER, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by John Zambetti and Frank Zambetti against Charles Moder.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

RICH, J., dissents.

YETTER, Respondent, v. LAKE ERIE WINE CELLARS, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 3, 1906.) Action by Wright A. Yetter against the Lake Erie Wine Cellars.

PER CURIAM. Judgment and order affirmed, with costs.

NASH, J., not sitting.

END OF CASES IN VOL. 96.